388 A.2d 297

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Norma Mae OAKIE, Appellant.**

Supreme Court of Pennsylvania.

Submitted Jan. 10, 1977.

Decided July 14, 1978.

Henry J. Lotto, Philadelphia, for appellant.

Edward G. Rendell, Dist. Atty., Steven H. Goldblatt, Deputy Dist. Atty. for Law, Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

OPINION

PER CURIAM:

Judgment affirmed.